IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 14-__10140__-01-__JTM__ |
| | ) | |
| **PATRICK M. KORNELSON,** | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## SEALED INDICTMENT

The Grand Jury charges:

### Count 1

**26 U.S.C. §§ 5841, 5861(d) and 5845(a)**
**(Possession of a firearm not registered in the**
**National Firearms Registration and Transfer Record)**

From on or about May 27, 2011, through on or about May 15, 2014, in the District of Kansas, the defendant,

**PATRICK M. KORNELSON,**

did knowingly receive and possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record, to wit: a DPMS Panther Arms, model A-15, .223-5.56 mm rifle, serial number F147690K, with a barrel length of less than 16 inches.

In violation of Title 26, United States Code §§ 5841, 5845(a), 5847, 5861(d), and 5871.

## Count 2

**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
**(Felon in Possession of Firearms)**

From on or about May 27, 2011, through on or about May 15, 2014, in the District of Kansas, the defendant,

**PATRICK M. KORNELSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearms, to wit:

1. DPMS Panther Arms, Model A-15, .223-5.56 mm rifle with serial number F147690K

2. DPMS Panther Arms, Model A-15, .223-5.56 mm rifle with serial number F147692K

3. Iver Johnson Model Excel, 12 gauge shotgun, with serial number 63261

4. Sturm Ruger Model Vaquero, .45 caliber revolver, with serial number 57-60848

5. A 7-shot revolver in 7.62 mm (1944) with serial number V2985

6. New England Firearms Model SR2 Pardner, 10 gauge shotgun with serial number NH246577

7. Remington model 03 A3, .30-06 caliber rifle with serial number 3386461

said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, §§922(g)(1) and 924 (a)(2) set forth in Counts 1-2 of this Indictment, the defendant,

## PATRICK M. KORNELSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. DPMS Panther Arms, Model A-15, .223-5.56 mm rifle with serial number F147690K

2. DPMS Panther Arms, Model A-15, .223-5.56 mm rifle with serial number F147692K

3. Iver Johnson Model Excel, 12 gauge shotgun, with serial number 63261

4. Sturm Ruger Model Vaquero, .45 caliber revolver, with serial number 57-60848

5. A 7-shot revolver in 7.62 mm (1944) with serial number V2985

6. New England Firearms Model SR2 Pardner, 10 gauge shotgun with serial number NH246577

7. Remington model 03 A3, .30-06 caliber rifle with serial number 3386461

Pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

July 23, 2014                                                    s/Foreperson
DATE                                                              FOREPERSON OF THE GRAND JURY


s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]